IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

===============================

MOHAMED ARAFI,

       Plaintiff,

 v.                                  Case No. 1:11-CV-01553 (HHK)

MANDARIN ORIENTAL,

       Defendant.

===============================

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO</u>**

**<u>DEFENDANT'S MOTION TO DISMISS</u>**

          Nadhira Al-Khalili, Esq.
          D.C. Bar # 997827
          Council on American-Islamic Relations
          453 New Jersey Ave. SE
          Washington D.C. 20003
          (202) 646-6033

          Attorney for Mohamed Arafi

## TABLE OF CONTENTS

TABLE OF AUTHORITIES .................................................................................................IV

I. INTRODUCTION ........................................................................................................... 1

II. FACTUAL AND PROCEDURAL BACKGROUND ...................................................... 2

III. MOTION TO DISMISS STANDARDS ......................................................................... 4

    A. DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION ....................................... 4

    B. DISMISSAL FOR FAILURE TO STATE A CLAIM ............................................................ 5

IV. ARGUMENT .................................................................................................................. 5

    A. PLAINTIFF'S DCHRA CLAIMS ARE NOT BARRED BY ELECTION OF REMEDIES......................... 5

    B. PLAINTIFF HAS ADEQUATELY STATED CLAIMS FOR UNLAWFUL DISCRIMINATION UNDER TITLE VII AND THE DCHRA. .................................................................................................. 6

        1.    Plaintiff's Discrimination Claims are Not Barred by Title VII's National Security Exemption ..................................................................................................... 9

            a. Because Plaintiff Alleges That the State Department Did Not Direct Defendant to Alter His Job Duties, This Court Retains Jurisdiction Over His Title VII Claims ..................... 10

            b. Even if a State Department Background Check Directed Defendant to Adversely Alter Plaintiff's Job Duties, Defendant Cannot Invoke the National Security Exemption........ 11

        2.    Plaintiff Has Sufficiently Pled an Adverse Employment Action................................. 12

            a. Plaintiff has pled facts sufficient to support a plausible inference that he suffered an "adverse employment action" under McDonnell Douglas ............................... 13

b. Plaintiff should not be required to demonstrate a specified "adverse employment action" for a mixed-motive discrimination claim based on direct evidence ..................... 16

3. Plaintiff is Not Required to Introduce Evidence of the Treatment of Non-Muslim Employees ................................................................................................................ 18

C. DEFENDANT HAS FAILED TO DEMONSTRATE THAT PLAINTIFF HAS NOT SATISFIED HIS ADMINISTRATIVE REMEDIES ................................................................................................ 20

D. PLAINTIFF HAS ADEQUATELY STATED CLAIMS FOR WRONGFUL RETALIATION UNDER TITLE VII AND THE DCHRA ................................................................................................ 21

1. Plaintiff's Retaliation Claims are Not Barred by Any National Security Exemption .. 22

2. Plaintiff Has Adequately Pled That He Engaged in a Statutorily Protected Activity ... 23

3. Plaintiff Has Adequately Pled a Causal Connection ...................................................... 25

E. PLAINTIFF HAS ADEQUATELY PLED RACE DISCRIMINATION AND RETALIATION CLAIMS UNDER 42 U.S.C. §1981 ................................................................................................ 26

**V. CONCLUSION** ................................................................................................................ 28

## TABLE OF AUTHORITIES

**CASES**

*Am. Nat'l Ins. Co. v. FDIC*, 642 F.3d 1137 (D.C. Cir. 2011) ....................................................... 4

*Arbaugh v. Y & H Corp.*, 546 U.S. 500 (2006) .............................................................................. 9

*Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) ...................................................................................... 5

*Bazarian Int'l Fin. Assocs. v. Desarrollos Aerohotelco*, 793 F. Supp. 2d 124 (D.D.C. 2011) ....... 4

*Brown v. Georgetown Univ. Hosp. Medstar Health*, No. 06-1417, 2011 U.S. Dist. LEXIS 32949

(D.D.C. March 29, 2009) ........................................................................................................ 15

*Burlington Indus., Inc. v. Ellerth*, 524 U.S. 742 (1998) ........................................................... 13, 24

*Byrd v. District of Columbia*, 1:06-cv-00522, 2011 U.S. Dist. LEXIS 90802 (D.D.C. Aug. 16,

2011) ........................................................................................................................................ 6

*Carney v. American Univ.*, 151 F.3d 1090 (D.C. Cir. 1998) ....................................................... 27

*Coalition for Underground Expansion v. Mineta*, 333 F.3d 193 (D.C. Cir. 2003) ........................ 4

*Czekalski v. Peters*, 475 F.3d 360 (D.C. Cir. 2007) .................................................................... 19

*Dep't of the Navy v. Egan*, 484 U.S. 518 (U.S. 1988) ...................................................... 9, 12, 23

*Desert Palace, Inc. v. Costa*, 539 U.S. 90 (2003) ................................................................ 7, 9, 18

*Douglas v. Preston*, 559 F.3d 539 (D.C. Cir. 2009) .................................................................... 13

*Duniya v. Rice*, No. 04-0851, 2007 U.S. Dist. LEXIS 37993 (D.D.C. May 24, 2007) .......... 14, 16

*Farris v. Clinton*, 602 F. Supp. 2d 74  (D.D.C. 2009) ................................................................... 7

*Fed. Express Corp. v. Holowecki*, 552 U.S. 389 (2008) ......................................................... 20, 21

*Feemster v. BSA Ltd. P'ship*, 471 F. Supp. 2d 87 (D.D.C. 2007) .................................................. 8

*Fennell v. AARP*, 770 F. Supp. 2d 118, 127 (D.D.C. 2011) ............................................. 13, 16, 20

*Forkkio v. Powell*, 306 F.3d 1127 (D.C. Cir. 2002) ................................................................ 14, 15

*Gaujacq v. EDF, Inc.*, 601 F.3d 565 (D.C. Cir. 2010) .................................................................... 22

*George v. Leavitt*, 407 F.3d 405 (D.C. Cir. 2005) ........................................................................ 19

*Ginger v. District of Columbia*, 527 F.3d 1340 (D.C. Cir. 2008) ................................ 8, 14, 15, 17

*Griffin v. Acacia Life Ins. Co.*, 925 A.2d 564 (D.C. 2007) ............................................................. 6

*Hampton v. Vilsack*, 760 F. Supp. 2d 38, 53 (D.D.C. 2011) ........................................................... 8

*Harris v. Wackenhut Servs.*, 590 F. Supp. 2d 54 (D.D.C. 2008) ............................................ 24, 25

*Hawkins v. 1115 Legal Serv. Care*, 163 F.3d 684 (D.C. Cir. 1998) .............................................. 26

*Holcomb v. Powell*, 369 433 F.3d 889, 902-03 (D.C. Cir. 2006) .................................................. 14

*Ibrahim v. Unisys Corp.*, 582 F. Supp. 2d 41 (D.D.C. 2008) ......................................................... 6

*Jung v. George Washington Univ.*, 875 A.2d 95 (D.C. 2005) ........................................................ 8

*Kersey v. Wash. Metro. Area Transit Auth.*, 586 F.3d 13 (D.C. Cir. 2009) ................................... 8

*Lemmons v. Georgetown Univ. Hosp.*, 431 F. Supp. 2d 76 (D.D.C. 2006) ................................. 25

*Lewis v. City of Chicago*, 496 F.3d 645 (7th Cir. 2007) ........................................................ 14, 16

*Lyles v. District of Columbia*, 777 F. Supp. 2d 128 (D.D.C. 2011) ............................................. 20

*Mastro v. Potomac Elec. Power Co.*, 447 F.3d 843 (D.C. Cir. 2006) .......................................... 19

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) ..................................................... 7, 22

*McFadden v. Ballard Spahr Andrews & Ingersoll, LLP*, 611 F.3d 1 (D.C. Cir. 2010) ................ 22

*McKeithan v. Boarman*, No. 11-0086, 2011 U.S. Dist. LEXIS 91515 (D.D.C. August 17, 2011) ................................................................................................................................. 24

*Mungin v. Katten Muchin & Zavis*, 116 F.3d 1549 (D.C. Cir. 1997) .......................................... 27

*Ndondji v. Interpark Inc.,* 768 F. Supp. 2d 264 (D.D.C. 2011) .................................................... 27

*Park v. Howard Univ.*, 71 F.3d 904 (D.C. Cir. 1995) .............................................................. 20, 21

*Parker v. Balt. & Ohio R.R. Co.*, 652 F.2d 1012 (D.C. Cir. 1981) .......................................... 23, 24

*Paul v. Didizian*, No. 11-00684, 2011 U.S. Dist. LEXIS 120597 (October 19, 2011) ................... 4

*Pederson v. Mills*, 636 F. Supp. 2d 78 (D.D.C. 2009) .................................................................... 8

*Perry v. Shinseki*, 783 F. Supp. 2d 125  (D.D.C. 2011) .................................................................. 7

*Price Waterhouse v. Hopkins*, 490 U.S. 228 (1989) ........................................................... 7, 8, 17

*Rattigan v. Gonzales*, 503 F. Supp. 2d 56 (D.D.C. 2007) ....................................................... 13, 16

*Rattigan v. Holder*, 643 F. 3d 975 (D.C. Cir. 2011) ..................................................... 9, 11, 12, 16

*Robinson-Reeder v. American Council on Educ.*, 532 F. Supp. 2d 6 (D.D.C. 2008) ............. 13, 14

*Russell v. Principi*, 257 F.3d 815 (D.C. Cir. 2001) ...................................................................... 14

*Ryan v. Reno*, 168 F. 3d 520 (D.C. Cir. 1999) ................................................................................ 9

*Sierra Club & Valley Watch, Inc. v. Jackson*, 648 F.3d 848 (D.C. Cir. 2011) ............................... 5

*Singleton v. Potter*, 402 F. Supp. 2d 12, 13-14 (D.D.C. 2005) ..................................................... 14

*Sisay v. Greyhound Lines*, 34 F. Supp. 2d 59 (D.D.C. 1998) ....................................................... 21

*St. Francis College v. Al-Khazraji*, 481 U.S. 604 (U.S. 1987) ..................................................... 27

*Stewart v. Evans*, 275 F.3d 1126 (D.C. Cir. 2002) ....................................................................... 14

*Swierkiewicz v. Sorema*, 534 U.S. 506 (2002) ............................................................................. 13

*Taylor v. Small*, 350 F.3d 1286 (D.C. Cir. 2003) ................................................................... 13, 14

*Thomas v. Nat'l Football League Players Ass'n*, 131 F.3d 198 (D.C. Cir. 1997) .......................... 8

*Thomas v. NFL Players Ass'n*, 131 F.3d 198 (D.C. Cir. 1997) ...................................................... 7