

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

1. **Personal Information**

Last Name: **Arafi**   First Name: **Mohamed**   MI: **Fouad**

Street or Mailing Address: ███████████   Apt or Unit #: ███

City: ███████████   County: ███████   State: ███   Zip: ███████

Phone Numbers: Home: (███) ███-████   Work: (   )

Cell: (███) ███-████   Email Address: ███████████

Date of Birth: **0 4-10-1970**   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? **Western Sahara (Africa)**

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: **Nadhira Al-Khalili**   Relationship: **Attorney**

Address: **453 New Jersey Ave, SE**   City: **Washington**   State: **DC**   Zip Code: **20003**

Home Phone: (   )   Other Phone: (**202**) **488-8787**

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: **Mandarin Oriental Hotel**

Address: **1330 Maryland Ave.**   County: **DC**

City: **Washington**   State: **DC**   Zip: **20003**   Phone: (**202**) **585-6518**

Type of Business: **Hotel**   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: **Elizabeth Litu Fenzi**   Phone: (**202**) **585-6518**

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

3. **Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No

Date Hired: **11-11-09**   Job Title At Hire: **Valet Dry Cleaner**

Pay Rate When Hired: **16.17**   Last or Current Pay Rate: **16.17**

Job Title at Time of Alleged Discrimination: **Valet**   Date Quit/Discharged: **not discharged**

Name and Title of Immediate Supervisor: **Ilham Alexander**

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race   ☐ Sex   ☐ Age   ☐ Disability   ☑ National Origin   ☑ Religion   ☑ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: __Islam/Muslim, Western Sahara (Arabic speaker), Black__

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor) → **SEE SUMMARY**

A. Date: __12/11/10__   Action: __Was told not to go on the 8th and 9th floors and was replaced with a white employee from Russia who was not Muslim.__
Name and Title of Person(s) Responsible: __Ilham Alexander, ~~Director~~ Housekeeping__

B. Date: __12/15/10__   Action: __My schedule was reduced from full-time to one day, then no days the following week.__ **SEE SUMMARY**
Name and Title of Person(s) Responsible: __Ilham Alexander, Director of Housekeeping__

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
__Because ~~they~~ Muslims well where prevented from going to the 8th and 9th floors, CAIR wrote a letter to the management. The Washington Post wrote an article__

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title? __The next day, the retaliation began.__ **SEE SUMMARY**
7. __Low occupancy → yet others are given 5 days. Ilham Alexander__

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Boris | White, Male and Christian | Housekeeping | They replaced me with Boris even though he is not qualified for the position. His hours were not reduced. |
| B. Selena | Hispanic, Christian | — | She was given my full shift while I was completly taken off of the schedule. |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?
Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. Youssef El Ouali, Moroccan Muslim, Arab — He was fired from his job after the article came out (Sou'Wester Front Server)

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. Williams from Togo; Adnan from Morocco, Aziz from Morocco, Bogdoor from Morocco. They

B. people are all Muslim and they were all denied access to the 8th and 9th floor on Dec 11-12, 2010

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes  ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____
_____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. Boris — Housekeeper — ~~[crossed out]~~ — He will confirm that he was given my position

B. _____

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
The Council on America-Islamic Relations 12/13/10 CAIR sent a letter to the Hotels management Regarding discrimination

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the **EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Mohamed Ammi_    12-28-2010
Signature                Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

EEOC Questionnaire: - Mohamed Arafi

Summary – Question 5

Claims: Religious, Ethnic and National Origin Discrimination and Retaliation.

My name is Mohamed F. Arafi and I am a Muslim from the country of Western Sahara (in West Africa). I have been working for the Mandarin Oriental Hotel in Washington, D.C. for approximately one year and two months as a valet dry cleaner.

On the weekend of December 11 and 12, 2010, while working at the hotel, I was told by my manager Ilham Alexander (Christian) that I was not to have access to the 8th and 9th floors because the Israeli Defense Minister Ehud Barak and his delegations were on those floors. I was replaced with a colleague who is not qualified to do the job, but he is a White Christian (Boris). Later, I was told that I was denied access because of a security clearance problem which seemed odd to me because the prior weekend, I had been cleared to work for President George W. Bush. In fact, I had direct contact with him including a brief conversation. It is my understanding that the Arab, Muslim and African employees were denied access to the 8th and 9th floors during that time.

The following Monday, on December 14, 2010, the Council on American-Islamic Relations, faxed a letter to the General Manager of the Hotel informing them of the problem (i.e. alleged discrimination based on religion, ethnicity and national origin). On Wednesday, December 15, 2010, The Washington Post printed an article about the allegations, but did not mention which employee was interviewed for the article.

After the article came out, the environment at work felt tense. Many people were trying to find out who spoke to the paper and who complained about the disparate treatment. On, Saturday, December 18, 2010 one of my managers, Jimmy asked me directly if I had read the story in the Washington Post. He said "I'm assuming you are one of those people who couldn't go on the 8th or 9th Floor". Other employees teased some of the staff calling us terrorists because we were denied access to the 8th and 9th floors and most of us are Muslim.

The following week (Dec. 19-25, 2010), I reviewed the work schedule and was given only one day of work for the entire week. I usually work 5 to 7 days per week so I asked the manager about it, she said that business was slow. I did notice that the other employees were given at least five days that week. I have been working at the Mandarin Hotel for a year and I have never had only one day of work during the week. The following week (December 26, 2010 – January 1, 2011) I was given no days to work whatsoever. I was not added to the schedule for the following two weeks as well (Jan 2-8 and Jan 9-15).

On January 17, 2011, I was called into work. When I arrived, I was called into the Human Resources office by the head of HR, Elizabeth Vita Fenzi and my Supervisor Ilham Alexander. While in the office, they asked whether I was affected by the article in the Washington Post. I said yes, I was prevented from going to the 8th and 9th floors. They apologized, and then asked whether I was the one who talked to the Washington Post about the hotel. I did not answer and told them that I just wanted to get back to work. I began working and was harassed the entire day by hotel representatives asking me about the article and inquiring about whether I spoke to the newspaper.

As of today, January 20, 2011, the hotel is at 90% occupancy and I have not been placed back on the schedule.