UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED ARAFI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANDARIN ORIENTAL,<br><br>　　　　　Defendant. | Civil Action No. 11-1553 (BJR)<br><br>ORDER |

　　Upon consideration of Plaintiff's Notice of Dismissal with Prejudice, it is hereby declared this 28th day of February, 2013, that this cause is **DISMISSED with prejudice**.

　　Defendant is permitted to file a request for attorney's fees and costs by Thursday, March 28, 2013.

　　Dated: February 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BARBARA J. ROTHSTEIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE